

Chase Online

**CHASE WORKPLACE CHK (...6165)**

Check Number: 1613          Post Date: 01/09/2009          Amount of Check: $300.00

JAN, 2009 – PAYMENT FOR EQUITY LOAN

PR                                                                                      1613

JPMorgan Chase Bank, National Association
1111 POLARIS PARKWAY
COLUMBUS, OH 43240                    Date  01/07/2009

ROSEMARY LONDONO
283 E 5TH ST APT D2
Brooklyn, NY 11218

Pay to the
Order of   CitiMortgage                                                $  300.00

** Three Hundred and 00/100 *******************               DOLLARS

63086163        300.00

FEE
$0.00                                        Verbally Authorized By   ur Depositor

⑂001613⑂ ⑆021000021⑆ 791001326165⑂    ⑆00000030000⑂

Need help printing or saving this check?

Need help printing or saving this check?

© 2009 JPMorgan Chase & Co.

# CHASE

November 22, 2008 through December 18, 2008

Account Number: **000791001326165**

ACCOUNT # 000791001326165

**IMAGES**

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

Payt Dec. 08 — Maintenance

Check 1607, dated 12/1/08, pay to the order of 193 E 5 St Hsg Corp, $557.26, signed Rosemary Londono
008770487605 DEC 15 #0000001607 $557.26

Equity Dec. 08 Payt.

Check 1609, dated 12/1/09, pay to the order of Citibank, $300.00, three hundred 00/00 dollars, memo 6208653, signed Rosemary Londono
008870019336 DEC 10 #0000001609 $300.00



# CHASE

Keep this receipt as a record of your purchase.

Dec. 08 AND JAN 09 MONTHLY pay'ts to TRUSTEE

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**

9824700999

01/08/2009

New York

Remitter ROSEMARY LONDONO

Dec 08 Jan 09

$ **********2,500.00 ***

Pay To The Order Of: MARIANN DE ROSA
STANDING CHAPTER 13 TTEE

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

**CHASE WORKPLACE CHK (...6165)**

Check Number: 1612          Post Date: 01/06/2009          Amount of Check: $557.26



JAN. 2009 MAINTENANCE PAYMENT

Need help printing or saving this check?

Need help printing or saving this check?

© 2009 JPMorgan Chase & Co.