UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X          **Chapter 13**

**IN RE:**   Rosemary Londono
                                                                    **Case No.:**   1-08-47992

                    **Debtor(s)**                         **THIRD AMENDED CHAPTER 13 PLAN**
-------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of __60__ months, the sum of:
   $ __1,250.00__ commencing __December 2008__ through and including February 2009
   $ 1323.00 commencing March 2009 through and including __November 2013__ for a period of __60__ months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**DEBTOR HAS NO PRE-PETITION ARREARS. ALL POST-PETITION PAYMENTS ARE CURRENT ON THE DEBTORS RESIDENCE, INCLUDING BUT NOT LIMITED TO MAINTENANCE PAYMENTS TO 283 EAST FIFTH STREET HOUSING CORP. FOR UNIT # 80-002D, HOME EQUITY LINE OF CREDIT TO CITI BANK LOAN # 62086135, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**

   (c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than __100__ %(percent).**

3. All lease agreements are hereby assumed, unless specifically rejected as follows:
   Other Party                                                  Description of Contract or Lease
   -NONE-

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.


/S/ Rosemary Londono                          /s/ Michelle Labayen
Rosemary Londono                               Michelle Labayen 6868
Debtor                                                    Attorney for Debtor

Dated: February 24, 2009                    February 24, 2009