**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

———————————————————————x

In Re:                                                  Chapter 13

     Rosemary Londo,                        Case No.: 08-47992

                                             Judge Feller

     Debtor(s).

———————————————————————x

**PLEASE TAKE NOTICE** that, as of the filing of this letter, the docketed case above must reflect that Jenna Elkind, Esq., shall no longer be listed as counsel for the above debtor(s).  Maria Coen, Esq., will be substituted as lead counsel in the above referenced case as an associate of Macey & Aleman P.C.

All notices, electronic or otherwise, shall hereto be addressed and sent to Maria Coen.

Maria Coen, Esq. has been informed of all matters pending in the above-referenced case.


New York, New York
July 2009

/s/ Jenna Elkind                                        /s/ Maria Coen
Jenna Elkind                                            Maria Coen
Macey & Aleman                                          Macey & Aleman
420 Lexington Avenue                                    420 Lexington Avenue
Suite 2132                                              Suite 2132
New York, New York10170                                 New York, NY 10170
212-867-1940                                            212-867-1940
212-867-1944                                            212-867-1644
jel@legalhelpers.com                                    coe@legahelpers.com